UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Urim Sejdini,

       Petitioner,　　　　　　　　　　Case Nos. 04-74207
　　　　　　　　　　　　　　　　　Criminal Case No. 03-80200-01
v.
　　　　　　　　　　　　　　　　　Hon. Nancy G. Edmunds
United States of America,

       Respondent.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Respondent's motion to vacate, set aside, or correct his sentence is DENIED, and the case is hereby DISMISSED.

      SO ORDERED.


　　　　　　　　　　　　　　　　　s/Nancy G. Edmunds
　　　　　　　　　　　　　　　　　Nancy G. Edmunds
　　　　　　　　　　　　　　　　　United States District Judge

Dated:  May 10, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 10, 2005, by electronic and/or ordinary mail.

　　　　　　　　　　　　　　　　　s/Carol A. Hemeyer
　　　　　　　　　　　　　　　　　Case Manager